IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCELLAS HOFFMAN, : CIVIL ACTION
: NO. 07-3159
    Plaintiff, :
:
    v. :
:
ROBERTO RASHID, CINGULAR :
WIRELESS THE NEW AT&T., :
:
    Defendants. :

FILED
DEC 28 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **28th** day of **December, 2009**, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' motion to dismiss (doc. no. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims as to Defendants are hereby **DISMISSED with prejudice**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.